# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| JOHN TICHOT, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 10-311-P-S |
| | ) | |
| FBI, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 30, 2010, her Recommended Decision (Docket No. 4). Plaintiff filed his Objection to the Recommended Decision (Docket No. 5) on August 9, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Proceed In forma Pauperis (Docket No. 3) is **GRANTED**.

3. It is hereby **ORDERED** that Plaintiff's Complaint (Docket No. 1) is summarily **DISMISSED** because it fails to state any cognizable claim against the Federal Bureau of Investigation.


/s/George Z. Singal_____
U.S. District Judge

Dated: August 24, 2010